IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

ARDMORE FINANCE CORP., et al.,        )
                                       )
                    Plaintiff,         )
                                       )
v.                                     )        Case No.: 11-0393-CV-W-SOW
                                       )
CITY OF KANSAS CITY, MISSOURI,         )
                                       )
                    Defendant.         )

## **AMENDED ORDER**

The Court issues this Amended Order to clarify its Order granting summary judgment (Doc. #59). Defendant removed this case to federal court because plaintiffs' Petition sought a declaratory judgment and an injunction that the Kansas City's Second Committee Substitute for Ordinance No. 100773, violated plaintiffs' substantive and procedural due process rights under the Fifth and Fourteenth Amendments to the United States Constitution. As such, defendant argued the Court had original federal question jurisdiction under 28 U.S.C. § 1331. Defendant also removed the state law claims pursuant to 28 U.S.C. § 1441(c). In its Order granting summary judgment, the Court found that plaintiffs lacked Article III standing to bring their federal claims. Thus, the only remaining claims were state law claims, and the Court remanded the supplemental state law claims. See 28 U.S.C. § 1367(c)(3). The Court did not make any determinations on the merits of plaintiffs' state law claims.


                                        /s/ Scott O. Wright
                                       SCOTT O. WRIGHT
                                       Senior United States District Judge

DATED:  April 15, 2013